UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL GRESHAM,

               Plaintiff,                        Case No. 1:22-cv-1048

v.                                         Honorable Paul L. Maloney

ROBERT M. CROMPTON et al.,

               Defendants.
_____/

## __JUDGMENT__

    In accordance with the order issued this date:

    **IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   February 8, 2023                /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge